United States District Court
For the Northern District of California

1
2
3
4
5
6    IN THE UNITED STATES DISTRICT COURT
7
8    FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
10   IN THE MATTER OF                                    No. C 12-80288 WHA
11
     ELIZABETH M. BARNSON KARNAZES
12   – #047046                                          **ORDER OF SUSPENSION**
13
14   _____/
15
16        Because Elizabeth Karnazes has failed to respond to the order to show cause, Ms.
17   Karnazes's membership in the bar of this Court is hereby **SUSPENDED**.
18
19        **IT IS SO ORDERED.**
20
21   Dated:   February 7, 2013.                    _____
22                                                 WILLIAM ALSUP
                                                   UNITED STATES DISTRICT JUDGE
23
24
25
26
27
28