IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

ELIZABETH M. BARNSON KARNAZES
– #047046

_____/

No. C 12-80288 WHA

**ORDER OF SUSPENSION**

    Because Elizabeth Karnazes has failed to respond to the order to show cause, Ms.
Karnazes's membership in the bar of this Court is hereby **SUSPENDED**.

    **IT IS SO ORDERED.**

Dated:   February 7, 2013.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE